## TOWER v. HOBBS.

(Circuit Court of Appeals, First Circuit.　May 5, 1904.)

### No. 515.

1. PATENTS—INFRINGEMENT—PENHOLDERS.

　　The Tower patent, No. 378,223, for a penholder having a sleeve of cork at its lower end, *held* not infringed.

Appeal from the Circuit Court of the United States for the District of Massachusetts.

Anson M. Lyman (Walter S. Logan, on the brief), for appellant.
Marcellus Bailey (Aaron H. Latham, on the brief), for appellee.

Before PUTNAM, Circuit Judge, and BROWN and LOWELL, District Judges.

LOWELL, District Judge. The question here raised was decided by the Circuit Court of Appeals for the Second Circuit in Tower v. Eagle Pencil Co., 94 Fed. 361, 36 C. C. A. 294. Upon consideration we find no reason to differ from that court in its conclusion that a pen precisely like the defendant's, here in evidence, did not infringe the patent in suit. Concerning the validity of that patent we express no opinion.

The decree of the Circuit Court is affirmed, and the appellee recovers his costs of appeal.